# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 16, 2019

159711

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

TIMOTHY LARRANCE LEACH,
        Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC: 159711
COA: 348608
Wayne CC: 18-007699-FH

On order of the Court, the application for leave to appeal the May 30, 2019 order of the Court of Appeals is considered. We DIRECT the Wayne County Prosecuting Attorney to answer the application for leave to appeal within 28 days after the date of this order. We further ORDER that trial court proceedings in the Wayne Circuit Court are stayed pending the completion of this appeal

The application for leave to appeal remains pending.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 16, 2019



d0715p

Clerk